**William O. GENDREAU, petitioner,**
**v. Colleen Rae GENDREAU.**
**No. 97-1151.**

Supreme Court of the United States.

March 9, 1998.

Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.